UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIAM D. COHAN,

                              Plaintiff,

     -against-                       ORDER

                                          20 Civ. 8900 (GBD)

UNITED STATES DEPARTMENT OF THE
TREASURY, RYAN LAW, in his official capacity
of Director of FOIA and Transparency,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       The March 4, 2021 initial conference is cancelled. The parties will appear for a status conference on May 6, 2021 at 9:30 a.m. The parties shall submit a status letter no later than seven days before the status conference.

Dated: February 25, 2021
       New York, New York

                                                   SO ORDERED.

                                                   *George B. Daniels*
                                                   GEORGE B. DANIELS
                                                   United States District Judge