**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

WILLIAM D. COHAN,

                Plaintiff,

       -against-

UNITED STATES DEPARTMENT OF THE
TREASURY, RYAN LAW, in his official capacity
of Director of FOIA and Transparency,

                Defendants.

------------------------------------- x

<u>ORDER</u>

20 Civ. 8900 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 6, 2021 to May 20, 2021 at 9:30 a.m. The parties shall submit a status letter no later than May 17, 2021.

Dated: May 3, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge