**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

WILLIAM D. COHAN,

              Plaintiff,

    -against-

UNITED STATES DEPARTMENT OF THE
TREASURY, RYAN LAW, in his official capacity
of Director of FOIA and Transparency,

              Defendants.

------------------------------------- x



ORDER

20 Civ. 8900 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 20, 2021 to June 8, 2021 at 9:45 a.m. The parties shall submit a status letter no later than June 1, 2021.

Dated: May 18, 2021
      New York, New York

                        SO ORDERED.

                        *George B. Daniels*
                        GEORGE B. DANIELS
                        United States District Judge