**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

WILLIAM D. COHAN,

               Plaintiff,

   -against-

UNITED STATES DEPARTMENT OF THE
TREASURY, RYAN LAW, in his official capacity
of Director of FOIA and Transparency,

               Defendants.

------------------------------------- x



ORDER

20 Civ. 8900 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from June 8, 2021 to July 20, 2021 at 9:45 a.m. The parties shall submit a status letter no later than July 13, 2021.

Dated: June 2, 2021
      New York, New York

SO ORDERED.

*(signature)*
GEORGE B. DANIELS
United States District Judge