UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
WILLIAM D. COHAN,

                Plaintiff,

         -against-                    <u>ORDER</u>

UNITED STATES DEPARTMENT OF THE      20 Civ. 8900 (GBD)
TREASURY, RYAN LAW, in his official capacity
of Director of FOIA and Transparency,

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      The status conference is adjourned from July 20, 2021 to September 21, 2021 at 9:30 a.m. The parties shall submit a status letter no later than September 13, 2021.

Dated: July 14, 2021
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE