**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM D. COHAN,

              Plaintiff,

       -against-

UNITED STATES DEPARTMENT OF THE
TREASURY, RYAN LAW, in his official capacity
of Director of FOIA and Transparency,

              Defendants.

ORDER

20 Civ. 8900 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 14 2021

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from September 21, 2021 to November 30, 2021 at

9:30 a.m. The parties shall submit a status letter no later than November 19, 2021.

Dated: September 14, 2021
      New York, New York

                              SO ORDERED.

                              _George B. Daniels_
                              GEORGE B. DANIELS
                              United States District Judge